### GEORGE WYATT V. THE STATE.

No. 23935. Delivered February 25, 1948.

No attorney of record on appeal for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

George Wyatt was convicted and sentenced to the penitentiary for five years on a charge of robbery by assault.

The transcript shows a docket entry saying that appellant gave notice of appeal. This was not carried into the minutes of the court and, consequently, we have no jurisdiction of the case. Article 827, Vernon's Ann. C. C. P.

The appeal is dismissed.